**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2275**

_____

JANE DOE, as Next Friend of Individuals Known to the Defendant as Child 1 and Child 2 in the YKND Series,

               Plaintiff – Appellee,

     v.

NATHAN BROWN,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Marvin J. Garbis, Senior District Judge.  (1:14-cv-01094-MJG)

_____

Submitted:  February 27, 2015      Decided:  March 11, 2015

_____

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Nathan Brown, Appellant Pro Se. Steven Jonathan Kelly, SILVERMAN, THOMPSON, SLUTKIN & WHITE, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathan Brown seeks to appeal the district court's orders denying his motion to dismiss the complaint, denying Brown's motion to add Defendants, granting the Plaintiff's motion to dismiss Brown's counterclaims, and denying reconsideration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Brown seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We also deny Brown's motions for clarification of the record on appeal and to correct the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED